No. 672, Misc.   ORLEANS PARISH SCHOOL BOARD ET AL. *v.* BUSH ET AL.   Motion for leave to file petition for writ of mandamus denied.   *Gerard A. Rault* and *W. Scott Wilkinson* for petitioners.   *Thurgood Marshall, Robert L. Carter* and *A. P. Tureaud* for respondents.

No. 692, Misc.   BOOKER ET AL. *v.* TENNESSEE BOARD OF EDUCATION ET AL.   Motion for leave to file petition for writ of mandamus denied.   *Z. Alexander Looby, Robert L. Carter, Thurgood Marshall* and *Jack Greenberg* for petitioners.   *George F. McCanless,* Attorney General of Tennessee, *Allison B. Humphreys, Jr.,* Solicitor General, and *Nat Tipton,* Advocate General, for respondents.

No. 681, Misc.   LAWLOR ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied.   *Francis T. Anderson* for petitioners.   *Wm. A. Schnader, Bernard G. Segal* and *Edward W. Mullinix* for Columbia Pictures Corporation et al., and *Louis J. Goffman* for Warner Bros. Pictures Distributing Corporation, respondents.

No. 793.   LESLIE MILLER, INC. *v.* ARKANSAS.   Appeal from the Supreme Court of Arkansas.   Probable jurisdiction noted.   *Leffel Gentry* for appellant.   *Tom Gentry,* Attorney General of Arkansas, *Thorp Thomas,* Assistant Attorney General, and *William J. Smith* for appellee.   *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, Paul A. Sweeney* and *Lionel Kestenbaum* filed a memorandum for the United States, as *amicus curiae,* urging that probable jurisdiction be noted.